EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2009 TSPR 178 |
| | 177 DPR _____ |
| Roberto Vélez Báez | |

Número del Caso: TS-4237


Fecha: 24 de noviembre de 2009


Abogado de la parte Peticionaria:

     Por derecho propio


Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Lcdo. Roberto Vélez Báez

TS-4237


RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de noviembre de 2009.

Examinada la *Moción de Restitución,* y por haber cumplido el término de la suspensión decretada, se reinstala al Lcdo. Roberto Vélez Báez al ejercicio de la abogacía y la notaría.

Se le apercibe que en el futuro deberá tramitar las causas conforme a las responsabilidades que le impone el ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau

Secretaria del Tribunal Supremo

Secretaria del Tribunal Supremo